United States
Vs.
Marshall Payne
1:20-cr-00024-1

Honorable Judge Manish S. Shah,

I was in kind of a rush when I sent the last letter off, I can't remember if I included exhibit A thur D so here is the emails showing I never had a chance at a fair trial or anything else dealing with my lawyer & the Prosecutors.

FILED

NOV 16 2022 SMB

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

TRULINCS 45598424 - PAYNE, MARSHALL - Unit: CCC-G-A

---

FROM: Greenberg, Steve
TO: 45598424
SUBJECT: RE: YOOO
DATE: 04/18/2022 09:36:04 PM

I'm sorry but since you sent me that email I haven't had a chance to look at it

MARSHALL PAYNE on 4/18/2022 11:35:33 AM wrote
WHAT ABOUT WHAT I ASKED YOU WITH THEM WAIVING MY JUVENILE RECORD SINCE IT'S A MISDERMINER?
-----Greenberg, Steve on 4/16/2022 4:36 PM wrote:

>

No. It is on them to bring you to court, the people in Indiana and I don't know how you're going to post bond without being there

MARSHALL PAYNE on 4/15/2022 10:21:29 PM wrote
LOOK IF I PAY THAT BOND CAN YOU MAKE SURE I GET WRITTED OVER THERE SO I CAN TAKE CARE OF THAT CASE?
-----Greenberg, Steve on 4/14/2022 8:51 AM wrote:

>

Mr. Payne, I want to make a couple of things clear. I am a very experienced attorney who knows what they are doing. And my job is absolutely to give you my opinion, because it is my opinion based on my 35 years of experience. So don't tell me that you don't want to hear my opinion and don't call me a "fake ass lawyer" or ever again question my integrity.

Frankly, you were lucky to have me as your free lawyer when normally people pay money for my representation, because I am worth it. If you do not like my approach, you do not think I am looking out for your best interest, or you do not think I know what I am doing, all you have to do is simply ask me to withdraw and I will be happy to do so. But don't ever send me an email like this treating me like I'm some street punk, lying about what I have told you, or questioning my integrity.

MARSHALL PAYNE on 4/12/2022 7:05:18 PM wrote
LOOK I'M NOT PLEADING TO WHAT'S OUT THERE UNTIL I GO THRU EVERYTHING I ASKED YOU TO DO. IF YOU DON'T WANT TO DO THE FOOT WORK THAN LET THE JUDGE KNOW. YOU DON'T HAVE TO DO THE TIME, I DO, SO WITH THAT BEENING SAID I MAKE THE DECISION'S ON WHAT TO DO NOT YOU. I DIDN'T ASK FOR YOUR OPINION. I WANT FACT'S. I KNOW I WAS CHARGED WITH A MISDERMINER IN "95". MY ID # WAS D-33826. I DID 11 MONTH'S AS A MAX OUT DATE. THEY HAVE NO FACT'S THAT I WAS CHARGED WITH A FELONY, THEY ARE GOING OFF SOMETHING THAT WAS IN MY DCFS FILE, NOT A COURT FILE. IN MY SENTENCING FOR MY FIRST CASE THE JUDGE ASKED WHERE THEY GOT THAT INFO FROM AND THEY COULDN'T COME UP WITH A ANSWER. WHAT SKOKIE CASE? THE SKOKIE CASE FROM 2008? I THOUGHT YOU GAVE THEM THE RIGHT CASE NUMBER. NOW I'M STARTING TO THINK THAT YOU ARE WORKING WITH THEM TO KEEP ME FROM GOING TO TRIAL. I BARELY HEAR FROM YOU AND WHEN I DO, YOU ALWAYS TALKING ABOUT ME TAKING TIME. WHEN ARE YOU GOING TO START TRYING TO HELP ME? YOU WANT ME TO COURT OVER THERE AND LIE IN THE COURT'S AND TAKE TIME FOR SOMETHING I DIDN'T DO. YOU SOUND JUST LIKE THE FAKE ASS LAWYER THAT GOT ME TO TAKE PROBATION FOR THAT 2002 CASE THAT I'M NOW TRYING TO CONTEST. I THOUGHT YOU TOOK AN OATH TO DEFEND YOUR CLIENT'S BUT THAT IS NOT WHAT YOU'RE RTRYING TO DO WITH ME. I FEEL LIKE YOU JUST TRYING TO SELL ME OUT LIKE EVERYEVERY ONE ELSE.
-----Greenberg, Steve on 4/12/2022 5:06 PM wrote:

>

They sent us the wrong transcript for the Skokie case. Unfortunately I cannot help you with the Indiana matter, the warrant that was issued is enforceable in Indiana and Cook County. No one picked up on it previously which is why you didn't have a problem, if you were halfway house to Cook County. As I've told you before, we should plead to the plea agreement that's out there now. Probation is going to do their own investigation anyway and if there's a mistake in your background it will get raised that but I don't think there's a mistake

MARSHALL PAYNE on 4/4/2022 6:52:20 PM wrote
WHAT'S GOING ON? I HAVEN'T HEARD NOTHING BACK FROM YOU ABOUT MY STATE CASE I ASKED YOU TO LOOK UP. ALSO IS THERE ANYTHING I CAN DO ABOUT MY CASE IN INDIANA? I FILED A DETAINER ACTION LETTER WHEN I

TRULINCS 45598424 - PAYNE, MARSHALL - Unit: CCC-G-A

----------------------------------------------------------------------------------------------------

WAS IN THE FED'S THE FIRST TIME BUT THEY SAID THEY DIDN'T WANT TO COME GET ME. I WOULD LIKE TO KNOW EVERYTHING YOU CAN GIVE ME ABOUT THAT CASE.

(Exhibit A 2 of 2)

TRULINCS 45598424 - PAYNE, MARSHALL - Unit: CCC-F-A

---

FROM: 45598424
TO: Greenberg, Steve
SUBJECT: RE: RE: yoo
DATE: 05/06/2022 01:14:26 PM

NO I HAVEN'T HEARD FROM YOU SINCE MY LAST EMAIL 2 WEEK'S AGO WHEN I ASKED YOU TO CHECK WITH THEM TO SEE WHAT WAS THERE POSITION ON WAIVING MY JUVENILE FROM MY P.S.I. SINCE IT WAS A MISDERMINER. THAT'S WHAT I WAS TAKING ABOUT. AS FAR AS TRIAL GOES, ONCE AGAIN "I'M" GOING TO DO WHAT "I" SEE FIT. "I" HAVE TO DO THE TIME SO I'M GOING TO MAKE THE DECISION ON WHAT TO DO. AS LONG AS YOU DO YOUR BEST THAT'S ALL I CARE ABOUT. I'M NOT GOING TO ADMIT TO SOMETHING I DIDN'T DO AND THAT'S WHAT YOU'RE TELLING ME TO DO WHEN YOU TELL ME THAT GOING TO TRIAL IS FOOLISH.
-----Greenberg, Steve on 5/5/2022 10:36 AM wrote:

>

You have heard back from me so once again I have no idea what you're talking about. I have ordered the transcript from the plea. I am waiting for it. You can go to trial if you want to go to trial but that would be foolish.

MARSHALL PAYNE on 5/5/2022 8:51:07 AM wrote
GOOD MORNING. I HOPE ALL IS WELL WITH YOU AND YOUR LOVE ONE. WELL SINCE I HAVEN'T HEARD NOTHING BACK FROM YOU, I'M GOING TO ASSUME THAT WE'RE GOING TO TRIAL. SO I FEEL THAT WE NEED TO TALK SO WE CAN START PREPARING FOR IT. I HAVE A FEW THING'S THAT I HAVE THAT I FEEL WILL HELP MY CASE. I DON'T WANT TO WAIT TIL THE LAST MINUTE. SO CAN YOU GET IN CONTACT WITH ME A.S..A.P..

(Exhibit B)

TRULINCS 45598424 - PAYNE, MARSHALL - Unit: CCC-F-A

---

FROM: 45598424
TO: Greenberg, Steve
SUBJECT: RE: RE: look...
DATE: 05/17/2022 09:25:38 AM

LOOK I'M NOT ABOUT TO SIGN NO PLEA FOR A LITTLE TIME AND THAN GET BACK DOORED AND GET WAY MORE TIME. THAT AIN'T HAPPENING. I SEE IT EVERYDAY WITH PEOPLE WHO HAVE GUN CASE'S. WHAT ABOUT MY JUVENILE CASE? DID YOU LOOK INTO THAT? LIKE I SAID THAT'S WAS A MISDERMINER
-----Greenberg, Steve on 5/17/2022 9:21 AM wrote:

>

No

MARSHALL PAYNE on 5/17/2022 8:06:55 AM wrote
CAN YOU GET THE PLEA TO BE A CAP PLEA? I DON'T WANT TO GO IN THERE AND GET SENTENCE LIKE A LOT OF THESE PEOPLE ARE. I KNOW A LOT OF BAD THING'S ARE GOING ON OUT THERE IN THE REAL WORLD BUT I'M NOT A PART OF THAT AND I DON'T WANT TO BE SENTENCE BASED ON THAT....
-----Greenberg, Steve on 5/16/2022 12:36 PM wrote:

>

I have all the discovery I need to litigate this case. I also have confirmed that in fact your case was a possession so you are now a level 12 with acceptance of responsibility, still out there in the criminal history category, and probably looking at 30 to 37 months under the guidelines. I am going to get and forward you a plea agreement that says all that. I assume you are going to sign a plea agreement since this is exactly what you and I have discussed

MARSHALL PAYNE on 5/16/2022 8:19:59 AM wrote
so i need you to subpoena the police department for the unit that the 2 officer's were in and get there body cam for the whole unit bcuz i remember some of them had body cam.
also see if you can get the gps info for the car they were in.
also can you get any complaint's filed on both officer's.
can you also get a copy of what time they ran my name and from where were they bcuz they both said they did it on the scene but they were lying, also subpoena when did they run the vehicle info.
also i need you to send a investigator out to talk to a possible witness.


(Exhibit C)

TRULINCS 45598424 - PAYNE, MARSHALL - Unit: CCC-F-A

---

FROM: Greenberg, Steve
TO: 45598424
SUBJECT: RE: YOOOOO
DATE: 05/30/2022 03:36:05 PM

They have a plea process that is excruciatingly slow, with multiple layers of review by the bosses. As far as the trial date, the judge already canceled it

MARSHALL PAYNE on 5/28/2022 8:40:22 PM wrote
I THINK YOU SHOULD STILL PREPARE FOR TRIAL, JUST IN CASE THEY DON'T SEND US A PLEA THAT SAY'S 30-37 MONTH'S.. MAY BE IT'S ME, BUT I WOULD HAVE THOUGHT THAT THEY WOULD HAVE HAD A PLEA READY ALREADY SINCE ALL THEY HAVE TO CHANGE IS THE TIME BUT MAYBE I'M READING TO MUCH INTO IT.
-----Greenberg, Steve on 5/27/2022 6:36 PM wrote:

>

I am waiting for the agreement and I will then send it to you to look at, I am not going to wait till I'm sitting across the table from you and have you read through it while I sit there and wait.. After you look through it I will go over it with you. As far as your Juvenile, forgive me but I don't recall what the issue is that you wanna raise with your juvenile background. As far as the transcript, I sent that to you so please let me know if you have not received

MARSHALL PAYNE on 5/27/2022 4:50:52 PM wrote
LIKE I WAS SAYING WE CAN GO OVER THE PLEA TOGETHER BUT YOU DON'T HAVE TO SEND ME THAT I TOLD YOU ALL THAT STUFF WITH MY JUVENILE IN IT AIN'T NO GOOD FOR ME TO HAVE. I JUST WANT THE TRANSCRIPT'S AND ALL THE OTHER STUFF YOU GOT ON MY OLD CASE. YOU NEVER DID TELL ME NOTHING ABOUT MT JUVENILE AND DID YOU LOOK INTO IT?
-----Greenberg, Steve on 5/22/2022 2:36 PM wrote:

>

As I said, I will send you the transcript. I don't think there's anything else to really figure out this point. I am waiting for a proposed final play and when it is received I will send it to you and then meet with you to discuss it

MARSHALL PAYNE on 5/19/2022 8:07:46 AM wrote
LOOK I DIDN'T ASK YOU TO DIGG INTO NO OTHER CASE OUT STATE. ALL I ASK YOU TO DO IS GIVE ME ALL THE DOCUMENT'S FROM THE 2002 CASE THAT YOU GOT THE TRANSCRIPT'S FROM LOOK INTO MY JUVENILE BCUZ IT HAS SOMETHING TO DO WITH GETTING SENTENCE ON THIS CASE AND I THANK YOU FOR THAT. DON'T THINK FOR ONE MINUTE I'M NOT APPRECIATIVE. I THANK YOU FOR ALL THAT YOU HAVE DONE FOR ME.
-----Greenberg, Steve on 5/18/2022 10:21 PM wrote:

>

I will send you a copy of the transcript when I get a chance. I'm not going digging for stuff in other cases you had, I'm not working on some case you have out of state, I'm resolving this case and I'm done. I got you a great deal that's it

MARSHALL PAYNE on 5/18/2022 7:36:59 PM wrote
I DIDN'T GET NO REPLY TO MY QUESTION ABOUT WHAT YOU WERE SAYING NO TOO. WAS IT THE CAP PLEA OR WAS IT WILL THEY GIVE CREDIT ON VIOLATION SINCE THEY SENTENCE ME WRONG. ALSO CAN YOU SEND ME A COPY OF THE TRANSCRIPT'S AND THE POST SENTENCING MOTION I FILED ON THAT CASE.


(Exhibit D)

MARSHALL PAYNE #(illegible)
Metropolitan Correctional Center
71 W. Van Buren
Chicago, IL 60605

 

Honorable Judge Manish S. Shah
219 S. Dearborn
Chicago, IL 60604

Legal Mail



Legal Mail

NOV 10 2022

This letter has neither been opened nor inspected.
The enclosed letter was processed through special mailing procedures for forwarding to you.

METROPOLITAN CORRECTIONAL CENTER
71 W VAN BUREN ST, CHICAGO IL 60605

If the sender raises a question or concern over which this facility has jurisdiction, you may wish to return the material for further information or clarification. The sender encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.